Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−28533−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Damon A. Keeley
   dba PRP Concepts LLC
   12 Rimwood Drive
   Lincroft, NJ 07738

Social Security No.:
   xxx−xx−0033

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 29, 2021.

Dated: April 29, 2021
JAN: wir

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28533-MBK |
| Damon A. Keeley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: plncf13 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damon A. Keeley, 12 Rimwood Drive, Lincroft, NJ 07738-1832 |
| 518486436 | #+ | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518524207 | + | METROPOLITAN LIFE INS CO, Jenelle C. Arnold, 4375 Jutland Dr, Ste 200, POB 17933, San Diego, CA 92177-7921 |
| 518486437 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 518486438 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 518486440 | + | Wells Fargo, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518587013 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2021 21:22:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 518580279 | | Email/Text: ally@ebn.phinsolutions.com | Apr 29 2021 21:22:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518603183 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2021 21:45:26 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518486433 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 29 2021 21:22:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Boulevard, 5th Floor, Miami, FL 33146-1873 |
| 518486434 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 21:45:17 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518552971 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 29 2021 21:45:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518486435 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2021 21:22:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518992252 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 29 2021 21:22:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |
| 518992251 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: plncf13 | Total Noticed: 21 |

| | | Apr 29 2021 21:22:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
|---|---|---|---|
| 518607722 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 29 2021 21:22:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 518601753 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 29 2021 21:47:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518486439 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2021 21:22:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2021                     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, for Metropolitan Life Insurance Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, for Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Damon A. Keeley bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7