George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)



**Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 Proceedings |
|---|---|
| Damon Keeley, | Case No. 19-28533 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: October 25, 2023 |

## ORDER TO REOPEN

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of the Debtors and for good cause shown, it is **ORDERED** as follows:

1. This case is reopened;
2. The Certificate of in Support of Discharge is deemed timely and shall be made a part of the record.
3. This case is to be closed with discharge.