George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

**Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Damon Keeley, | Case No. 19-28533 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: October 25, 2023 |

**ORDER TO REOPEN**

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of the Debtors and for good cause shown, it is **ORDERED** as follows:

1. This case is reopened;
2. The Certificate of in Support of Discharge is deemed timely and shall be made a part of the record.
3. This case is to be closed with discharge.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-28533-MBK
Damon A. Keeley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 26, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

**Recip ID    Recipient Name and Address**
db    + Damon A. Keeley, 12 Rimwood Drive, Lincroft, NJ 07738-1832

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

**Name      Email Address**

Albert Russo
docs@russotrustee.com

Brian C. Nicholas
on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, for Metropolitan Life Insurance Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, for Metropolitan Life dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, for Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 26, 2023 Form ID: pdf903 Total Noticed: 1

George E Veitengruber, III
   on behalf of Debtor Damon A. Keeley bankruptcy@veitengruberlaw.com knapolitano15@gmail.com

Phillip Andrew Raymond
   on behalf of Creditor Metropolitan Life Insurance Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Regina Cohen
   on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9